# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132297(35)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

IONIA M. RICHARD,
           Plaintiff-Appellant,

v

NORTHVILLE PSYCHIATRIC
HOSPITAL, and DEPARTMENT
OF COMMUNITY HEALTH,
           Defendants-Appellees.

SC: 132297
COA: 270265
Ingham CC: 02-000525-CK

_____/

       On order of the Court, the motion for reconsideration of this Court's November 29, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

                   Clerk

p0220